# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SANDRA ANN SUTTER, f/k/a SANDRA SUTTER CROSS,

    Plaintiff,

v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; MML INVESTOR SERVICES, INC.; and JAMES C. WENZL, *et al.*,

    Defendants.

Case No. 2:10-CV-02065-KJD-PAL

**ORDER**

On December 8, 2010, Plaintiff filed a Motion for Entry of Clerk's Default against all Defendants (#9). On the same date the Clerk of the Court entered Default as to James Wenzl only (#10). On December 13, 2010, Plaintiff filed a Motion for Default (#12) against all Defendants. On December 14, 2010, Plaintiff filed a Motion to Withdraw Motion for Default Judgment (#14).

Plaintiff's Motion for Default Judgment is based on the premise that the required time to file a response per Fed. R. Civ. P. 12 (a)(1)(A)(i) had run. However, Defendants had filed a Motion to Extend Time (#5) on December 2, 2010, that was granted by the Court on December 8, 2010 ( See #8). In her Motion to Withdraw (#14), Plaintiff concedes that the extension was granted, rendering

the Motion for Default Judgment (#12) moot and the Motion for Clerks Default (#9) moot as to Defendants Massachusetts Mutual Life Insurance Co., and MML Investor Services, Inc.

Therefore, in accordance with Fed. R. Civ. P. 6(b), **IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw (#14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (#12) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Motion for Entry of Clerks Default (#9) is **DENIED** as to Defendants Massachusetts Mutual Life Insurance Co., and MML Investor Services, Inc.

DATED this 12th day of May 2011.

_____
Kent J. Dawson
United States District Judge