# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SANDRA ANN SUTTER,

    Plaintiff,

v.

MASSMUTUAL FINANCIAL GROUP, *et al.*,

    Defendants.

Case No. 2:10-CV-02065-KJD-PAL

**ORDER**

On December 8, 2010, the Clerk of Court entered default against James C. Wenzl (#10). Plaintiff filed a Motion for Entry of Default Judgment (#12), but on December 14, 2010, filed a Motion to Withdraw (#14) the Motion for Entry of Default Judgment. Plaintiff has failed to further pursue entry of default judgment against Wenzl since that time. A court has inherent authority to dismiss actions for failure to prosecute or other abusive litigation practices. TeleVideo Systems, Inc. v. Heidenthal, 826 F.2d 915, 916 (9th Cir.1987). Wenzl is the only remaining defendant in this case. Defendant has failed to take any action in this case for over 12 months and has failed to pursue her claim against Wenzl for more than 18 months. Accordingly the Court dismisses this action for failure to prosecute.

    **IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to prosecute.

    **IT IS FURTHER ORDERED** that the Clerk of Court terminate this case.

    DATED this 9th day of August 2012.

_____
Kent J. Dawson
United States District Judge